UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED OPTOELECTRONICS, INC., <br><br>Plaintiff, <br><br>v. <br><br>EOPTOLINK TECHNOLOGY USA INC., <br><br>Defendant. | Case No. 24-cv-08165-NW <br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT** <br><br>Re: ECF No. 14 |

The Motion to Dismiss filed by Defendant Eoptolink Technology USA Inc. is TERMINATED AS MOOT in light of the filing of the first amended complaint at ECF No. 16. *See* Fed. R. Civ. P. 15(a)(1)(B).

**IT IS SO ORDERED.**

Dated: March 19, 2025

Noël Wise
United States District Judge