UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Applied Optoelectronics, Inc.,

Plaintiff,

v.

Eoptolink Technology USA Inc.,

Defendant.

Case No. 5:24-cv-08165-NW

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Eoptolink Technology USA Inc., the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Robert Francis McCauley and Arpita Bhattacharyya (Perkins Coie LLP) (already appeared)

Name(s) of counsel withdrawing from representation and firm name:

Jack Shaw (Procopio, Cory, Hargreaves & Savitch LLP)

Date: March 20, 2025

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____   _____
                                                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE