1  Robert F. McCauley (SBN 162056)
     RMcCauley@perkinscoie.com
2  Arpita Bhattacharyya (SBN 316454)
     ABhattacharyya@perkinscoie.com
3  **Perkins Coie LLP**
   3150 Porter Drive
4  Palo Alto, California 94304
   Telephone: 650.838.4300
5  Facsimile: 650.838.4350

6  *Attorneys for Defendant*
   *Eoptolink Technology USA Inc.*
7

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN JOSE DIVISION**
10

11

12 | APPLIED OPTOELECTRONICS, INC.,           | CASE NO. 5:24-cv-08165-NW

13 |           Plaintiff,                     | **DECLARATION OF ARPITA BHATTACHARYYA IN SUPPORT OF**
                                              | **DEFENDANT EOPTOLINK**
14 |     v.                                   | **TECHNOLOGY USA INC.'S**
                                              | **ADMINISTRATIVE MOTION UNDER**
15 | EOPTOLINK TECHNOLOGY USA INC.,           | **CIVIL L. R. 6-3 TO SUSPEND TIME**
                                              | **TO ANSWER**
16 |           Defendant.                     |
                                              | Judge: Hon. Noël Wise
17

I, Arpita Bhattacharyya, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California, and am a Partner with Perkins Coie LLP, counsel for Defendant Eoptolink Technology USA Inc. ("Eoptolink") in the above-entitled action. I submit this declaration in support of Eoptolink's Administrative Motion to Suspend Time to Answer Until Eoptolink's Partial Rule 12(b)(6) Motion to Dismiss is Decided. The matters stated herein are based upon my personal knowledge, and if called as a witness, would testify as to the following statements.

2. On March 18, 2025, I communicated with Eric Caligiuri, counsel for Applied Optoelectronics, Inc. ("AOI"), about whether AOI would stipulate that Eoptolink's answer/response to AOI's First Amended Complaint be due 14 days after this Court rules on Eoptolink's Rule 12(b)(6) motion. AOI's counsel informed that AOI could not take a position on Eoptolink's administrative motion without knowing the issues to be raised in the motion to dismiss.

3. AOI filed this action against Eoptolink without providing Eoptolink any advance notice of AOI's six asserted patents or its infringement allegations.

4. On January 9, 2025, the parties filed a stipulation to extend Eoptolink's time to respond to AOI's Complaint by 30 days to February 24, 2025. No other time modifications have been requested by the parties or entered by the Court.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed this 21st day of March 2025, at Palo Alto, California

By: /s/ Arpita Bhattacharyya
Arpita Bhattacharyya
*Attorneys for Defendant*
*Eoptolink Technology USA Inc.*

1

DECL. OF A. BHATTACHARYYA ISO EOPTOLINK TECHNOLOGY USA INC.'S ADMIN. MOTION TO SUSPEND TIME TO ANSWER
CASE NO. 5:24-cv-08165-NW