1 | wwRobert F. McCauley (SBN 162056)
  |   RMcCauley@perkinscoie.com
2 | Arpita Bhattacharyya (SBN 316454)
  |   ABhattacharyya@perkinscoie.com
3 | **PERKINS COIE LLP**
  | 3150 Porter Drive
4 | Palo Alto, California 94304
  | Telephone: 650.838.4300
5 | Facsimile: 650.838.4350

6 | *Attorneys for Defendant*
  | *Eoptolink Technology USA Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| APPLIED OPTOELECTRONICS, INC., | CASE NO. 5:24-cv-08165-NW |
|---|---|
| Plaintiff, | **DEFENDANT EOPTOLINK TECHNOLOGY USA INC.'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS PORTIONS OF PLAINTIFF APPLIED OPTOELECTRONICS, INC.'S FIRST AMENDED COMPLAINT UNDER RULE 12(b)(6)** |
| v. | |
| EOPTOLINK TECHNOLOGY USA INC., | |
| Defendant. | |

1  PLEASE TAKE NOTICE THAT in response to this Court's Order for Supplemental Briefing
2  (Dkt. 31), Defendant Eoptolink Technology USA Inc. ("Eoptolink") hereby withdraws its Motion to
3  Dismiss Portions of Plaintiff Applied Optoelectronics, Inc.'s ("AOI") First Amended Complaint
4  (Dkt. 22) currently scheduled for hearing on August 20, 2025 at 9:00 a.m.

5  Dated: July 8, 2025                                    PERKINS COIE LLP

7                                                         By: *Robert F. McCauley*
                                                               Robert F. McCauley

8                                                         *Attorneys for Defendant*
9                                                         *Eoptolink Technology USA Inc.*