1 | Jo Dale Carothers, SBN 228703
  | jcarothers@weintraub.com
2 | Eric A. Caligiuri, SBN 260442
  | ecaligiuri@weintraub.com
3 | **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
  | LAW CORPORATION
4 | 475 Sansome Street, Suite 510
  | San Francisco, CA 94111
5 | Telephone: 415.433.1400
  | Facsimile: 415.433.3883

Attorneys for Plaintiff
Applied Optoelectronics, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED OPTOELECTRONICS, INC., | Case No.: 5:24-cv-08165-NW |
| Plaintiff, | **SUPPLEMENTAL BRIEFING IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PORTIONS OF FIRST AMENDED COMPLAINT UNDER RULE 12(b)(6)** |
| vs. | |
| EOPTOLINK TECHNOLOGY USA INC., | |
| Defendant. | Date:  August 20, 2025<br>Time:  9:00 a.m.<br>Dept:  Courtroom 3, 5th Floor |

Pursuant to the Court's Order for Supplemental Briefing ("Order") (Dkt. No. 31), Plaintiff Applied Optoelectronics, Inc. ("AOI") hereby submits the following supplemental briefing in opposition to Defendant Eoptolink Technology USA Inc.'s ("Defendant") Motion to Dismiss Portions of First Amended Complaint under Rule 12(b)(6) (Dkt. No. 22) ("Motion").

As the Court stated, a similar motion to dismiss involving Plaintiff was denied in *Applied Optoelectronics, Inc. v. Accelight Techs., Inc.,* No. 24-CV-09041-HSG ("*Accelight*"). Plaintiff believes the issues in the motion in *Accelight* were substantially the same as those raised in Defendant's Motion. Plaintiff further believes the court's opinion in *Accelight* was well-reasoned, and denial of Defendant's Motion for the same reasons would have been appropriate.

///

However, Plaintiff notes that in response to the Court's Order, Defendant has just filed a Notice of Withdrawal of Motion to Dismiss Portions of Plaintiff Applied Optoelectronics, Inc.'s First Amended Complaint Under Rule 12(b)(6). *See* Dkt. No. 32.

Dated: July 8, 2025              Respectfully submitted,

WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN
Law Corporation

By:   */s/ Jo Dale Carothers*
          Jo Dale Carothers

          Attorneys for Plaintiff
          Applied Optoelectronics, Inc.